[No. 59287-4-I.   Division One.   January 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFFORD DOUGLAS PERRY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-06973-7, Richard D. Eadie, J., entered November 15, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59309-9-I.   Division One.   January 22, 2008.]

SHAWN J. BESCHTA, *Appellant*, v. THE STATE OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-13236-3, Larry E. McKeeman, J., entered November 28, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59324-2-I.   Division One.   January 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SILAS NOLAN RIER, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 06-1-00594-8, Ira Uhrig, J., entered December 20, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59408-7-I.   Division One.   January 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARENCE LERNELL DARDEN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-09830-5, William L. Downing, J., entered December 26, 2006. *Affirmed* by unpublished per curiam opinion.